MELINDA HAAG (CABN 132612)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0711 DLJ |
| ) | |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | SPEEDY TRIAL ACT CALCULATION |
| FLAVIO VERA-NAVA, ) | (18 U.S.C. §§ 3161(h)(7)(A) AND (B)(iv)) |
| ) | |
| Defendant. ) | |
| ) | |

     Defendant, Flavio Vera-Nava, appeared in magistrate court on October 6, 2010 for arraignment and appointment of counsel in case CR 10-0711 DLJ.  With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from October 6, 2010 to October 15, 2010.  The parties agreed, and the Court found and held, as follows:

     1.     The parties agreed to the exclusion of time under the Speedy Trial Act to promote continuity of counsel, because the defense counsel representing Vera-Nava needs to review the recently-produced evidence in the case and meet with her client.

     2.     Given these circumstances, the Court found that the ends of justice served by excluding the period from  from October 6, 2010 to October 15, 2010 from Speedy Trial Act

1 | calculations outweighs the interests of the public and the defendant to a speedy trial by allowing
2 | the defense attorney to effectively represent her client, in accordance with 18 U.S.C. §§
3 | 3161(h)(7)(A) and (B)(iv).
4 |    3. Accordingly, with the consent of defendant's attorney, the Court ordered that the
5 | period from from October 6, 2010 to October 15, 2010 be excluded from Speedy Trial Act
6 | calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

DATED:   10/7/2010

HON. DONNA M. RYU
United States Magistrate Judge

[*United States v. Flavio Vera-Nava*, CR 10-0711 DLJ]
[Order Excluding Time]